RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Erin_Gettel@fd.org

Attorney for Lonzo Davis

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>LONZO DAVIS,<br><br>            Defendant. | Case No. 2:18-CR-033-JCM-VCF-1<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Erin Gettel, Assistant Federal Public Defender, counsel for Lonzo Davis, that the sentencing hearing scheduled for October 24, 2018 at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Defense Counsel was recently assigned this case and additional time is needed to prepare for sentencing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 28th day of September, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By */s/ Erin Gettel*_____<br>ERIN GETTEL<br>Assistant Federal Public Defender | By */s/ Phillip N. Smith, Jr.*___<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-033-JCM-VCF-1 |
| Plaintiff, | ORDER |
| v. | |
| LONZO DAVIS, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, it is therefore ordered that the sentencing hearing currently scheduled for October 24, 2018 at the hour of 10:00 a.m., be vacated and continued November 30, 2018, at the hour of 10:00 a.m.

DATED October 2, 2018.

_____
UNITED STATES DISTRICT JUDGE